# IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA F. AMOS, | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| v. | ) 09-00817-CB-M |
| MOBILE COUNTY HEALTH DEPARTMENT, | ) |
| Defendant. | ) |

## FINAL JUDGMENT

Pursuant to separate order entered this date granting Defendant's motion for summary judgment, it is hereby **ORDERED, ADJUDGED and DECREED** that the claims of the Plaintiff, Angela F. Amos, against the Defendant, Mobile County Health Department, be and hereby are **DISMISSED** with prejudice.

**DONE** this the 7th day of February, 2011.

*s/Charles R. Butler, Jr.*
**Senior United States District Judge**